| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| **1. Person Reporting** (last name, first, middle initial) Taylor, Laura S. | **2. Court or Organization** Bankruptcy So. District CA | **3. Date of Report** 01/03/2019 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period** 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
325 West F Street
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Family Trust |
| 2. | Co-Conservator | Family Member |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/16/03 | Sheppard Mullin Richter & Hampton LLP 401(k) Deferred Compensation Plan - former law firm |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taylor, Laura S. | 01/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | State of California - Judicial Branch wages and taxable benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/08/17-10/11/17 | Las Vegas, Nevada | Education NCBJ meetings | Partial attendance related reimbursement. |
| 2. | American Bankruptcy Institute | 09/01/17 | Coronado, CA | Attended reception | Reception fee |
| 3. | Presentation for Central District Consumer Bkcy Attys Association | 1/28/17 | Los Angelos, Ca | Education panelist | milage |
| 4. | California Bankruptcy Forum Insolvency Conference | 5/9/17 | Coronado, Ca | Education Panelist | Registration |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taylor, Laura S. | 01/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Credit Card / Paid Monthly | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taylor, Laura S. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Sheppard Mullin Richter Hamp 401k Retirement Plan | | | O | T | | | | | |
| 2. | -T Rowe Price Blue Chip Growth | | None | O | T | | | | | |
| 3. | -Dodge Cox Balanced Fund | | None | N | T | | | | | |
| 4. | Sheppard Mullin Richter Hampton 401K retirement Plan | | | P1 | T | | | | | |
| 5. | -Dodge & Cox Stock | | None | N | T | Sold (part) | 03/22/17 | O | | |
| 6. | -Dodge & Cox Income | | None | N | T | Buy | 03/22/17 | N | | |
| 7. | -T. Rowe Price Stable | | None | N | T | Buy | 03/22/17 | N | | |
| 8. | Judges Retirement System II Calif. Judicial Retirement | F | Interest | N | T | | | | | |
| 9. | North Western Mutual Life Insurance Policy Cash Value | B | Dividend | K | T | | | | | |
| 10. | North Western Mutual Life Insurance Policy Cash Value | A | Dividend | J | T | | | | | |
| 11. | North Western Mutual Life Insurance Policy Cash Value | A | Dividend | J | T | | | | | |
| 12. | Wells Fargo Bank Advantage Fund IRA cash equivalent | D | Dividend | N | T | | | | | |
| 13. | Wells Fargo Accounts | A | Interest | K | T | | | | | |
| 14. | Pacific Western Accounts | A | Interest | L | T | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taylor, Laura S. | 01/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I(1)  Family Trust is a revocable trust created for estate planning purposes.  It owns no reportable assets not otherwise reported herein.


Section VII.  Investments and Trusts:

VII 2:    401k changed as to unit value; no income reported as having been credited to the filer's account.

VII 3:    401k changed as to unit value; no income reported as having been credited to the filer's account.

VII 5, 6, and 7:    401k changed as to unit value; no income reported as having been credited to the filer's account.

| Name of Person Reporting | Date of Report |
|---|---|
| Taylor, Laura S. | 01/03/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Laura S. Taylor

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544